Form 210A (10/06)

# United States Bankruptcy Court
Central District of CA (Los Angeles)

In Re: JOHN LEROY ARNOLD  
      HOLLY F OEHLMAN

Case No: 12-18197

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| GE Capital Retail Bank | National Capital Management, LLC. |
| --------------------------- | --------------------------- |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 23 |
| GE Capital Retail Bank | Amount of Claim: $2,997.22 |
| c/o Recovery Management Systems Corp | Date Claim Filed: 6/29/2012 |
| 25 SE 2nd Ave Suite 1120 | |
| Miami FL 33131-1605 | |
| | |
| Phone: (305) 379-7674 | Phone: (901) 748-2900 |
| Last Four Digits of Acct # :2434 | Last Four Digits of Acct # :2434 |
| | |
| Name and Address where transferee payments Should be sent (if different from above) | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh                Date: August 27, 2012  
-----------------------------------  
Ramesh Singh  
25 SE 2nd Ave Suite 1120  
Miami FL 33131-1605  
claims@recoverycorp.com  
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571